STATE OF NORTH CAROLINA v. THOMAS LANEAU CLARK

No. 323A82

(Filed 3 November 1982)

**Rape and Allied Offenses § 5— first degree sexual offense—insufficient evidence**

The State's evidence was insufficient to be submitted to the jury on the issue of defendant's guilt under G.S. 14-27.4 of a first degree sexual offense with an eight-year-old boy.

APPEAL by defendant pursuant to G.S. 7A-27(a) from *Collier, J.*, at the 1 February 1982 Criminal Session of DAVIDSON County Superior Court.

Upon a plea of not guilty, defendant was tried on a bill of indictment charging that on or about April 1980, with force and arms, Thomas Laneau Clark did unlawfully and feloniously commit sodomy with one Jerry Dean Garris, Jr., an eight year old boy at the time of the alleged crime, who was more than four years younger than the defendant.

*Attorney General Rufus L. Edmisten by Assistant Attorney General Donald W. Grimes, for the State.*

*Appellate Defender Adam Stein by Assistant Appellate Defender Malcolm R. Hunter, Jr., for defendant-appellant.*

PER CURIAM.

After reviewing the transcript and record in this case we find that there was insufficient evidence to submit to the jury the issue of defendant's guilt under G.S. 14-27.4. For this reason the judgment of the Superior Court is reversed and the charge against defendant dismissed.

In addition to the record on appeal, defendant has filed a motion for appropriate relief pursuant to G.S. 15A-1415, G.S. 15A-1417 and G.S. 15A-1418. The heart of this motion is the defendant's contention that he was denied effective assistance of counsel in violation of the Sixth Amendment of the United States Constitution.

In light of our decision in the defendant's previous assignment of error, we dismiss the defendant's motion for appropriate relief.

The decision of the Superior Court is reversed and the charge against the defendant dismissed. Defendant's motion for appropriate relief is dismissed.

Reversed.